In the Matter of the Claim of REUBEN ACEVES, Respondent, against GLOBE FUR DRESSING AND DYEING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted, with ten dollars costs to the claimant against the employer and the insurance carrier.

In the Matter of the Claim of Dr. MAX UNGER, Arising Out of Claim of DOUGLAS FARNE, Appellant, against 251-7 WEST 42ND STREET REALTY Co., INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted, without costs.

In the Matter of the Claim of CAROLINE L. MORAN, Respondent, against ORR SUPPLY Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of CLARA B. ATKINS, Respondent, against JULIUS JOELSON ENTERPRISE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of TOUFIC DOUALIBY, Respondent, against SYRIAN AMERICAN BAKING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of MARGARET HENNESSEY, Respondent, against AMALGAMATED SLATE QUARRIES COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of FLORENCE SHANLEY (Mrs. B. L. BIERWEIER), Respondent, against SLATTERY CONSTRUCTION Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the employer and the insurance carrier.

In the Matter of the Claim of CHESTER HALL, Respondent, against HOWE BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of JOSEPH CALLOW, Respondent, against HARRY FEINBERG and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of ARTHUR J. WHELAN, JR., Respondent, against IROQUOIS GAS CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of FRANK DROSENDALL, Respondent, against ARTHUR J. LANGE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of OLGA HOLDERER and Others, Respondents, against THE BROOKLYN CITY RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.